# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

137118

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

TITUS DEWAYNE JONES,
          Defendant-Appellant.

SC: 137118
COA: 284615
Oakland CC: 2006-211678-FC;
          2006-212239-FC

_____/

      On order of the Court, the application for leave to appeal the June 27, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk

d1117